UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10738-HDV-MBK | Date | August 14, 2026 |
| Title | Rodolfo Fernandez Franco v. Guzman | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |

| | |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| none | none |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

Petitioner Rodolpho Fernandez Franco is a California state prisoner in custody at Centinela State Prison. Petitioner filed the instant petition pursuant to 28 U.S.C. § 2254 on December 12, 2024. Dkt. 1. The Court subsequently granted a *Rhines* stay to allow Petitioner to exhaust his claims in state court. Dkt. 22. In that order, the Court instructed Petitioner: (1) to file a new petition for writ of habeas corpus in the state court on or before March 17, 2026; (2) to file a status report describing the steps taken to complete the exhaustion of his state court remedies on or before March 31, 2026; and (3) to file a status report **every three months**, updating the Court and all parties as to the status of the exhaustion of his claims. *Id.* On April 6, 2026, Petitioner filed a Declaration of Mailing and attached the copy of the Superior Court's denial of his habeas corpus petition. Dkt. 23. Petitioner's next status report was due three months after March 31, 2026, or on June 30, 2026. *Id.*

As of the date of this Order, the Court has not received any subsequent status report from Petitioner. The Court therefore **ORDERS** Petitioner to show cause (meaning, explain in writing) why the action should not be dismissed for failure to follow Court orders and prosecute this action. Petitioner's response to this order is due on or before **September 14, 2026**. To satisfy his obligation to show cause, Petitioner may file a status report regarding the status of his attempts to exhaust his claims in state court. The instructions in the Court's previous order (Dkt. 22) remain in effect.

**Petitioner is warned that failure to timely comply with this Order may result in a recommendation that this action be dismissed with prejudice for his**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10738-HDV-MBK | Date | August 14, 2026 |
| Title | Rodolfo Fernandez Franco v. Guzman | | |

**failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**